**Order entered March 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01355-CR

**L.D. MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-27250-Y**

## ORDER

The Court **GRANTS** appellant's March 25, 2015 motion to abate.

We **ORDER** the trial court to conduct a hearing to determine whether appellant's October 24, 2014 motion for new trial was granted. The motion for new trial is not included in the clerk's record filed with this Court on December 8, 2014. However, appellant attached a copy of "Defendant's Motion For New Trial" to his motion to abate. The motion contains a date stamp from the District Clerk's office dated October 24, 2014, shows a check mark in the box "granted," and bears the judge's signature.

We **ORDER** the trial court to transmit written findings and recommendations to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     ADA BROWN
          JUSTICE